UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| ARTHUR L. STANLEY, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 07-cv-775-JPG |
| SELECT PORTFOLIO, JUDY KENT, THOMAS D. BASMAJIAN, MATT HOLLINGSWORTH, JAMES OZANNE, SELECT PORTFOLIO SERVICING, INC., SPS HOLDING CORP., and HARRIS TRUST AND SAVINGS BANK, | |
| Defendants. | |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED:** May 9, 2008                               NORBERT JAWORSKI


                                                                                       By:s/Deborah Agans, Deputy Clerk


**Approved:**     s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**