UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ARTHUR L. STANLEY,

        Plaintiff,

    v.

SELECT PORTFOLIO, JUDY KENT,
THOMAS D. BASMAJIAN, MATT
HOLLINGSWORTH, JAMES OZANNE,
SELECT PORTFOLIO SERVICING, INC., SPS
HOLDING CORP., and HARRIS TRUST AND
SAVINGS BANK,

        Defendants.

Case No. 07-cv-775-JPG

## MEMORANDUM AND ORDER

    This matter comes before the Court on Plaintiff Arthur L. Stanley's Rule 59(e) Motion (Doc. 63).

On May 9, 2008, the Court entered final judgment against Stanley, dismissing his complaint with

prejudice. The Court also denied as moot all pending motions. A notice of appeal was given on July 18,

2008, after the Court granted Plaintiff's Motion for Extension of Time to File Notice of Appeal. Stanley

contends that the Court's entry of final judgment against him is inconsistent with the Court's subsequent

order to grant him additional time to file his appeal. Stanley asserts that the underlying judgment should

be amended or altered.

    According to Federal Rule of Civil Procedure 59(e), "a motion to alter or amend a judgment must

be filed no later than 10 days after the entry of the judgment." Fed.R.Civ.Pro. 59(e). Final judgment was

entered on May 9, 2008. Stanley did not file the present Motion until July 18, 2008, well after the

expiration of the 10 day requirement. Therefore, the Court **DENIES** Plaintiff's Rule 59(e) Motion (Doc.

63).

**IT IS SO ORDERED.**
**DATED: July 23, 2008**

                s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**